UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 NOV 22 PM 4:11

CLERK

BY _____
DEPUTY CLERK

JAMES DOWD,

   Plaintiff,

v.                                    Case No. 5:18-cv-42

VERMONT MUTUAL INSURANCE
COMPANY,

   Defendant.

## JURY VERDICT

Please answer the following questions in order.

1. Do you find that the motor vehicle collision on February 29, 2016, that is the subject of this lawsuit was the proximate cause of injuries to plaintiff James Dowd?

   YES __X__          NO_____.

If your answer is "NO," please stop, sign the verdict form, and return it to the court officer. If your answer is "YES," please answer question 2.

2. What is the fair and just amount of compensation, expressed in dollars, for each of the following elements of damage claimed by plaintiff James Dowd:

   A. Medical expenses           $ 2,110.

   B. Lost income                $ 75,000.

   C. Lost benefits              $ 165,000.

   D. Pain and suffering         $ 65,000.

   E. Loss of enjoyment of life, including mental distress, anguish, and loss of activities.       $ 75,000.

Dated: November 22, 2021.

_____
Jury Foreperson